```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv10855 (DLC)
HANATOU BELKO-MUNGIN,                    :
                                         :
                    Plaintiff,           :    ORDER
          -v-                            :
                                         :
GIVAUDAN FRAGRANCES CORP. and DANNY      :
MARX,                                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for **April 17, 2020** at **11:00 am** will be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:

Dial-in: 888-363-4749

Access code: 4324948

The attorneys who will serve as principal trial counsel must participate in this telephone conference.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:  New York, New York
        March 19, 2020

                                      _____
                                           DENISE COTE
                                      United States District Judge