```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HANATOU BELKO-MUNGIN,                    :    19cv10855(DLC)
                                         :
                    Plaintiff,           :    ORDER OF
          -v-                            :    DISCONTINUANCE
                                         :
GIVAUDAN FRAGRANCES CORP.,               :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 20, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          June 19, 2020

                              _____
                                    DENISE COTE
                              United States District Judge